| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>833454<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. | **Order Filed on January 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   WILLIE KIRKLAND, JR.<br><br>   Debtor | Case No.: 19-16556 - MBK<br><br>Hearing Date: 01/08/2020<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

Recommended Local Form:  ☒ Followed  ☐ Modified

# ORDER VACATING STAY

___ The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 10, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

60 HADLEY LANE, WILLINGBORO, NJ 08046

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*