Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−16556−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie Kirkland Jr.
   1410 Riverton Road, #303
   Cinnaminson, NJ 08077

Social Security No.:
   xxx−xx−5863

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/9/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 14, 2020
JAN: bwj

                                                                                                                           Jeanne Naughton
                                                                                                                            Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                       Case No. 19-16556-MBK
Willie Kirkland, Jr.                                         Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin               Page 1 of 1         Date Rcvd: Apr 14, 2020
                               Form ID: 148              Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db             +Willie Kirkland, Jr.,    1410 Riverton Road, #303,    Cinnaminson, NJ 08077-2350
cr             +WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO W,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
518440463      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518440464      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 01:33:12     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 01:33:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518156112       EDI: BANKAMER.COM Apr 15 2020 04:28:00      Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998
518267810       EDI: BANKAMER.COM Apr 15 2020 04:28:00      Bank of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
518289739       EDI: WFFC.COM Apr 15 2020 04:28:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                 N9286-01Y,   1000 Blue Gentian Road,    Eagan, MN 55121-7700
518257578       EDI: WFFC.COM Apr 15 2020 04:28:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y,   1000 Blue Gentian Road,    Eagan, MN 55121-7700
518156113      +EDI: WFFC.COM Apr 15 2020 04:28:00      Wells Fargo Home Mortgage,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
518156114       EDI: WFFC.COM Apr 15 2020 04:28:00      Wells Fargo Home Mortgage,    PO Box 14411,
                 Des Moines, IA 50306-3411
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew B. Finberg    on behalf of Debtor Willie  Kirkland, Jr. andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Robert   Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO
           WACHOVIA BANK, N.A. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 8
```